# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK COLLINS,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br>NATIONAPOINT LOAN SERVICES aka HOME LOAN SERVICES; FIRST FRANKLIN LOAN SERVICES; LA SALLE BANK NATIONAL ASSOCIATION, CAL-WESTERN RECONVEYANCE CORP.; DON KIM; MICHELLE SNYDER; and GARY STOCKEY,<br><br>　　　　　　　　　　Defendants. | CASE NO. 09cv1314 JM(CAB)<br><br>ORDER DENYING MOTION TO DISMISS AS MOOT |

In light of the filing of the First Amended Complaint, the court denies Defendants' pending motions to dismiss (Docket No. 4) and for a more definite statement (Docket No. 6) as moot. See Wentner v. Ridgewood Energy Corp., 62 F.3d 1427 (9th Cir. 1995).

**IT IS SO ORDERED.**

DATED: July 30, 2009

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　　All parties