1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

WOLFE & WYMAN LLP
Attorneys & Counselors At Law

| | |
|---|---|
| JACK COLLINS, | Case No. 09CV1314  JM (CAB) |
| Plaintiff, | **ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT PURSUANT TO LOCAL RULE 12.1.** |
| v. | |
| NATIONAPOINT LOAN SERVICES aka HOME LOAN SERVICES, FIRST FRANKLIN LOAN SERVICES, LA SALLE BANK NATIONAL ASSOCIATION, as Trustee for Merrill Lynch First Franklin Mortgage Loan Trust, CAL-WESTERN RECONVEYANCE CORP., DON KIM, MICHELLE SNYDER, GARY STOCKEY, | |
| Defendant. | |

///

///

///

///

///

1

Having read and considered the parties' Stipulation, the Court finds that there is good cause to extend the time for Defendants to answer Plaintiff's Second Amended Complaint until October 30, 2009.  Therefore, IT IS ORDERED that Defendants time to answer plaintiff's second amended complaint is extended until October 30, 2009.

IT IS SO ORDERED.


DATED:  October 20, 2009          By: _____
                                         Hon. Jeffrey T. Miller
                                         United States District Judge

ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT
CASE NO. 09 CV 1314 JM (CAB)